1  James G. Snell, Bar No. 173070
   JSnell@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  Attorneys for Defendant
   Victoria's Secret Stores Brand Management, Inc.
6

7                  UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                       EASTERN DIVISION

10

11 LORI DUNLAP, an individual,          Case No.

              Plaintiff,                NOTICE OF ERRATA TO
12                                       DEFENDANT'S NOTICE OF
        v.                               REMOVAL
13
   VICTORIA'S SECRET STORES            [Removed from the Superior Court of the
14 BRAND MANAGEMENT, INC., a           State of California for the County of San
   Delaware corporation; and DOES 1-10, Bernardino, Case No. CIVDS1809507]
15 inclusive,
                                        Complaint Filed: April 20, 2018
16              Defendants.

17     TO THE COURT, COUNSEL AND ALL PARTIES IN THIS ACTION:

18

19     Defendant Victoria's Secret Stores Brand Management, Inc. ("Victoria's

20 Secret") files this Notice of Errata to include the complete exhibits to Victoria's

21 Secret's Notice of Removal. These Exhibits were inadvertently omitted when the

22 Notice was filed.

23     A copy of the Complaint, Summons, and Proof of Service in the State Court

24 Action is attached as Exhibit A.

25     A true and correct copy of the San Bernardino Superior Court Case Summary

26 for this action is attached as Exhibit B.

27 A copy of the Notice of Filing of Notice of Removal, attached as Exhibit C.

28
                                    -1-
140254407.2

1

2   DATED:  June 21, 2018

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PERKINS COIE LLP**


By: /s/ James G. Snell
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com

Attorneys for Defendant
Victoria's Secret Stores Brand
Management, Inc.

NOTICE OF ERRATA, Case No. 18-01321

140254407.2